# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **2:25-cv-07317-SVW (DTB)**                              Date: **March 19, 2026**

Title: **Azariah M. Ellington, et al. v. Vikram Brar, et al.**

=================================================================

**DOCKET ENTRY**

=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

<table>
<tr><td>Rachel Maurice</td><td>n/a</td></tr>
<tr><td>Deputy Clerk</td><td>Court Reporter</td></tr>
</table>

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                            None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On December 12, 2025, Plaintiffs filed a Notice and Application to File Plaintiffs' First Amended Complaint.  (Docket No. 60).  On December 22, 2025, the Court found that the caption of the proposed First Amended Complaint ("FAC") was incomplete. (Docket No. 68).  Plaintiffs were informed that pursuant to Fed.R.Civ.P. 10(a), every pleading must have a caption with the Court's name, a title, a file number, and a Rule 7(a) designation and the title of the complaint must name **all** the parties. (Emphasis added).  As the caption of the FAC did not name all the defendants nor did the FAC have a section naming all the defendants, the Court struck the same from the docket.  (Docket No. 68).

Plaintiffs were advised that they may correct the deficiency by refiling the FAC, with a caption that named all defendants named in the FAC and at that time, Plaintiffs may request the Clerk to issue a new Summons on the FAC.

As Plaintiffs had not refiled their FAC, on February 13, 2026, the Court, on its own motion, *sua sponte*, extended Plaintiffs' time up to and including **March 13, 2026**, within which to do so, correcting the deficiencies noted in the Court's December 22, 2025 Order.  (Docket No. 113).

MINUTES FORM 11                                                    Initials of Deputy Clerk  RAM
CIVIL-GEN

As of this date, Plaintiffs have not refiled their FAC.[1]

Accordingly, Plaintiffs are ordered to show cause, in writing, no later than **March 31, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the refiling of the FAC with a complete caption naming all defendants. If Plaintiffs no longer wish to pursue this action, they may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

---

1      The Court notes that since the Court's December 22, 2025 Order, Plaintiffs have filed motions for review and/or reconsideration of the Court's orders, all of which have been denied. The Court further notes that Plaintiffs have filed another Motion (Docket No. 116), which is pending with the Court, seeking the same relief sought as their previous motions that have been denied.

MINUTES FORM 11                                                    Initials of Deputy Clerk  RAM
CIVIL-GEN