UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

AZARIAH M. ELLINGTON, et al,

          Plaintiffs,

          v.

VIKRAM BRAR, et al.,

          Defendants.

Case No. 2:25-cv-07317-SVW (DTB)

**ORDER ACCEPTING AND EXPANDING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court agrees with the reasoning presented in the Magistrate Judge's Report and Recommendation, notwithstanding Plaintiffs' objections.

Furthermore, in the Court's view, this case is essentially a probate matter, beyond this Court's jurisdiction. *See, e.g., Goncalves By & Through Goncalves v. Rady Children's Hosp. San Diego*, 865 F.3d 1237, 1251 (9th Cir. 2017). Moreover, the attempts by Plaintiffs to obtain federal jurisdiction under additional allegations of conspiracy, fraud, and common law causes of action (to the extent they can be

1

understood from the prolix, disjointed, and confusing First Amended Complaint, now stricken, and the various emergency filings addressed by the Court in recent months) are futile. The theory of conspiracy underlying those allegations is implausible on its face.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: May 5, 2026 _____      _____
                                 HON. STEPHEN V. WILSON
                                 United States District Judge

2