JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AZARIAH M. ELLINGTON, et al, | Case No. 2:25-cv-07317-SVW (DTB) |
| Plaintiffs, | **J U D G M E N T** |
| v. | |
| VIKRAM BRAR, et al., | |
| Defendants. | |

Pursuant to the Order Accepting and Expanding Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 5, 2026 _____        _____

HON. STEPHEN V. WILSON
United States District Judge

1